UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
DEC 18 2025
FILED

IN RE THE MATTER OF:

Jay Lucas
(Petitioner's name)

Case No. 25-mj-00260-TSM
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, Jay Lucas

respectfully request appointment of counsel to represent me as a criminal defendant.

I am financially unable to hire counsel. A completed Financial Affidavit is attached. I declare under penalty of perjury that the foregoing is true and correct.

Date: 12-18-25

_____
Signature of Petitioner

---

### RULING BY JUDICIAL OFFICER

[x] Request Approved. Appoint counsel. *For purposes of today's hearing only.*

[ ] Request Denied.

Date: 18-Dec-2025

_____
United States Magistrate Judge

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)