AO 467 (Rev. 1/09) Order of Holding Defendant (NH-1/09)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DEC 18 2025

FILED

United States of America

v.

Jay Lucas

Case No. 25-mj-260-TSM

Charging District Southern District NY
Case Number: 25-cr-581

### ORDER OF HOLDING DEFENDANT TO ANSWER
### AND TO APPEAR IN DISTRICT OF PROSECUTION
### OR DISTRICT HAVING PROBATION JURISDICTION

The defendant having appeared before this Court pursuant to Rule 5, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

The defendant shall be held to answer in the United States District Court for the Southern District of New York and shall appear at all proceedings as required. The defendant shall next appear:

Where:   Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

When:    December 22, 2025 at 11:00am

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of court where the charges are pending.

SO ORDERED.

_____
Talesha L. Saint-Marc
United States Magistrate Judge

12/18/2025

cc:   U.S. Attorney
      U.S. Marshal
      U.S. Probation
      Dorothy Graham, FD